IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

GREENBRIER HOTEL CORPORATION, et al.,

    Plaintiffs,

v.                        CIVIL ACTION NO.   5:14-cv-15201

LEXINGTON INSURANCE COMPANY, et al.,

    Defendants.

**JUDGMENT ORDER**

In accordance with the orders granting the Defendants' motion for summary judgment as to Counts One and Two (Documents 75 & 93) and dismissing Count Three (Document 101), the Court **ORDERS** that judgment be entered in favor of the Defendants, and that this case be dismissed and stricken from the docket.

The Court **DIRECTS** the Clerk to send a certified copy of this Judgment Order to counsel of record and to any unrepresented party.

        ENTER:    January 4, 2018

_____
IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA