FILED: November 14, 2018

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 18-1781
(5:14-cv-15201)

_____

GREENBRIER HOTEL CORPORATION, a West Virginia Corporation; GREENBRIER SPORTING CLUB, INCORPORATED, a West Virginia corporation

   Plaintiffs - Appellants

and

GREENBRIER SPORTING CLUB DEVELOPMENT COMPANY, INCORPORATED, a Delaware corporation

   Plaintiff

v.

LEXINGTON INSURANCE COMPANY, a Massachussetts corporation; XL INSURANCE AMERICA, INCORPORATED, a Delaware corporation; ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation; UNDERWRITERS AT LLOYD'S LONDON, a foreign corporation; MCLARENS YOUNG INTERNATIONAL, INCORPORATED, a Delaware corporation; ROCCO M. BIANCHI, Executive General Adjuster for the insurance carriers above, their agent, servant and representative, and in his individual capacity as an agent, servant and employee of McLarens Young International, Incorporated

   Defendants - Appellees

and

ALLIED WORLD ASSURANCE COMPANY HOLDINGS, AG, a foreign corporation; ALLIED WORLD ASSURANCE COMPANY, LTD, a foreign corporation; ALLIED WORLD ASSURANCE COMPANY (U.S.) INCORPORATED, a Delaware corporation

        Defendants

_____

RULE 45 MANDATE

_____

This court's order dismissing this appeal pursuant to Local Rule 45 takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*