FILED: March 4, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 18-1781
(5:14-cv-15201)
_____

GREENBRIER HOTEL CORPORATION, a West Virginia Corporation;
GREENBRIER SPORTING CLUB, INCORPORATED, a West Virginia
corporation

       Plaintiffs - Appellants

 and

GREENBRIER SPORTING CLUB DEVELOPMENT COMPANY,
INCORPORATED, a Delaware corporation

       Plaintiff

v.

LEXINGTON INSURANCE COMPANY, a Massachusetts corporation; XL
INSURANCE AMERICA, INCORPORATED, a Delaware corporation; ACE
AMERICAN INSURANCE COMPANY, a Pennsylvania corporation;
UNDERWRITERS AT LLOYD'S LONDON, a foreign corporation; MCLARENS
YOUNG INTERNATIONAL, INCORPORATED, a Delaware corporation;
ROCCO M. BIANCHI, Executive General Adjuster for the insurance carriers
above, their agent, servant and representative, and in his individual capacity as an
agent, servant and employee of McLarens Young International, Incorporated

       Defendants - Appellees

and

ALLIED WORLD ASSURANCE COMPANY HOLDINGS, AG, a foreign
corporation; ALLIED WORLD ASSURANCE COMPANY, LTD, a foreign
corporation; ALLIED WORLD ASSURANCE COMPANY (U.S.)
INCORPORATED, a Delaware corporation

      Defendants

_____

RULE 42(b) MANDATE
_____

This court's order dismissing this appeal pursuant to Local Rule 42(b) takes

effect today.

This constitutes the formal mandate of this court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*